AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:23-mj-62 |
| David Ball | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Date: 3/21/2023 |
|  | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Ball,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in Capitol Building.

Date: 3/21/2023

Issuing officer's signature: Zia M. Faruqui (Digitally signed by Zia M. Faruqui, Date: 2023.03.21 16:15:05 -04'00')

Zia M. Faruqui, U.S Magistrate Judge
*Printed name and title*

City and state:    Washington, D.C.

### Return

This warrant was received on *(date)* 03/21/2023, and the person was arrested on *(date)* 03/23/2023
at *(city and state)* Portland, Maine.

Date: 03/23/2023

Arresting officer's signature: [signed]

SA Garrett Drew
*Printed name and title*